# United States District Court
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| D&T ADVISORS, LLC | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:22-CV-399-S-BT |
| | § | |
| NEIL S. WATERMAN | § | |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation ("FCR") in this case [ECF No. 39]. No objections were filed. The Court has reviewed the Findings, Conclusions, and Recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. Defendant's Second Emergency Motion for Extension of Deadline to File Response to Plaintiff's Motion for Summary Judgment is **GRANTED** [ECF No. 34]. Further, Plaintiff's Motion for Summary Judgment is **DENIED** without prejudice [ECF No. 26].

**SO ORDERED.**

SIGNED May 25, 2022.

_____
**UNITED STATES DISTRICT JUDGE**