# United States District Court
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| D&T ADVISORS, LLC d/b/a ARTEMIS PARTNERS DALLAS | § § § | |
| v. | § § | CIVIL ACTION NO. 3:22-CV-00399-S |
| NEIL S. WATERMAN, III | § § | |

### ORDER

This Order addresses the Joint Stipulation of Dismissal Without Prejudice filed by Plaintiff D&T Advisors, LLC d/b/a Artemis Partners Dallas and Defendant Neil S. Waterman, III ("Joint Stipulation") [ECF No. 61]. Upon review and consideration of the Joint Stipulation and the parties' request for an order dismissing this case without prejudice, the Court construes the Joint Stipulation as a motion and **GRANTS** it. All claims that Plaintiff asserts, or could have asserted, against Defendant in this lawsuit are hereby **DISMISSED WITHOUT PREJUDICE**. Each party will bear their own attorneys' fees and costs. All relief not expressly granted is **DENIED**.

**SO ORDERED.**

SIGNED October 21, 2022.

_____
**KAREN GREN SCHOLER**
**UNITED STATES DISTRICT JUDGE**